IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br>Master Docket Case No. 1:14-cv-01748<br>Honorable Matthew F. Kennelly |
| This document applies to:<br>Williams v. Eli Lilly and Company et al. | |

## MASTER SHORT-FORM COMPLAINT
## FOR INDIVIDUAL CLAIMS

1. Plaintiff(s), __Tommie Williams__, state(s) and incorporate(s) by reference the portions indicated below of Plaintiffs' Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Case Management Order No. 20 of this Court for cases filed directly into this district.

2. In addition to the below-indicated portions of the Master Long Form Complaint adopted by the plaintiff(s) and incorporated by reference herein, Plaintiff(s) hereby allege(s) as follows:

### VENUE

3. Venue for remand and trial is proper in the following federal judicial district: __US District Court for the Middle District of Louisiana__

### IDENTIFICATION OF PLAINTIFF(S)
### AND RELATED INTERESTED PARTIES

4. Name and residence of individual injured by Testosterone Replacement Therapy product(s) ("TRT"): __Tommie Williams__
   __1788 Port Dr. Apt. 3, Baton Rouge, LA 70820__

5. Consortium Claim(s): The following individual(s) allege damages for loss of consortium: __N/A__

6. Survival and/or Wrongful Death claims:

   a. Name and residence of Decedent when he suffered TRT-related injuries and/or death:

   _____N/A_____

   _____

   b. Name and residence of individual(s) entitled to bring the claims on behalf of the decedent's estate (e.g., personal representative, administrator, next of kin, successor in interest, etc.)

   _____N/A_____

   _____

## CASE SPECIFIC FACTS
## REGARDING TRT USE AND INJURIES

7. Plaintiff currently resides in (city, state): __Baton Rouge, LA_____

8. At the time of the TRT-caused injury, [Plaintiff/Decedent] resided in (city, state): __Baton Rouge, LA_____

9. [Plaintiff/Decedent] began using TRT as prescribed and indicated on or about the following date: __3/1/2013_____

10. [Plaintiff/Decedent] discontinued TRT use on or about the following date: __5/2014_____

11. [Plaintiff/Decedent] used the following TRT products:

|   |   |
|---|---|
| ☐ AndroGel | ☐ Striant |
| ☐ Testim | ☐ Delatestryl |
| X Axiron | Other(s) (please specify): |
| ☐ Depo-Testosterone | _____ |
| ☐ Androderm | _____ |
| ☐ Testopel | _____ |
| ☐ Fortesta | _____ |

12. [Plaintiff/Decedent] is suing the following Defendants:

|   |   |   |
|---|---|---|
|   | AbbVie Inc. | Endo Pharmaceuticals, Inc. |
|   | Abbott Laboratories | Auxilium Pharmaceuticals, Inc. |
|   | AbbVie Products LLC | GlaxoSmith Kline, LLC |
|   | Unimed Pharmaceuticals, LLC |   |
|   | Solvay, S.A. | Actavis plc |
|   | Besins Healthcare Inc. | Actavis, Inc. |
|   | Besins Healthcare, S.A. | Actavis Pharma, Inc. |
|   |   | Actavis Laboratories UT, Inc. |
| X | Eli Lilly and Company | Watson Laboratories, Inc. |
| X | Lilly USA, LLC. | Anda, Inc. |
|   | Acrux Commercial Pty Ltd. |   |
|   | Acrux DDS Pty Ltd. |   |
|   |   |   |
|   | Pfizer, Inc. |   |
|   | Pharmacia & Upjohn Company Inc. |   |

Other(s) (please specify): _____

_____

13. [Plaintiff/Decedent] is bringing suit against the following Defendant(s), who did not manufacture TRT and only acted as a distributor for TRT manufacturers:

N/A

    a. TRT product(s) distributed: _____

    b. Conduct supporting claims: _____

_____

_____

14. TRT caused serious injuries and damages including but not limited to the following:

Ischemic Stroke, Chronic Brain Ischemia

15. Approximate date of TRT injury: 10/10/13

## ALLEGATIONS, CLAIMS, AND THEORIES OF RECOVERY
## ADOPTED AND INCORPORATED IN THIS LAWSUIT

16. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, all common allegations contained in paragraphs 1 through 466 of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545.

17. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference as if set forth fully herein, the following damages and causes of action of the Master Long Form Complaint on file with the Clerk of the Court for the United States District Court for the Northern District of Illinois in the matter entitled *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545:

| | |
|---|---|
| X | Count I – Strict Liability – Design Defect |
| X | Count II – Strict Liability – Failure to Warn |
| X | Count III – Negligence |
| X | Count IV – Negligent Misrepresentation |
| X | Count V – Breach of Implied Warranty of Merchantability |
|   | Count VI – Breach of Express Warranty |
| X | Count VII – Fraud |
|   | Count VIII – Redhibition |
| X | Count IX – Consumer Protection |
| X | Count X – Unjust Enrichment |
|   | Count XI – Wrongful Death |

      Count XII – Survival Action

      Count XIII – Loss of Consortium

X    Count XIV – Punitive Damages

X    Prayer for Relief

      Other State Law Causes of Action as Follows: _____

## JURY DEMAND

Plaintiff(s) demand(s) a trial by jury as to all claims in this action.

Dated this the  17th  day of  June , 20 15 .

                RESPECTFULLY SUBMITTED
                ON BEHALF OF THE PLAINTIFF(S),

                /S/ Turner W. Branch
                Signature

OF COUNSEL:  (name) Turner W. Branch
                  (firm) The Branch Law Firm
                  (address) 2025 Rio Grande Blvd NW, Albuquerque, NM 87104
                  (phone) 505-243-3500
                  (email) tbranch@branchlawfirm.com